UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE:<br>   Robert J Gelbert<br>   Brenda E Gelbert<br><br>                         Debtors | CASE NO: 10-33969<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |
|---|---|

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105273**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 1 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY DEPARTMENT<br>ONE HOME CAMPUS MAC ID #X2302-04C<br>DES MOINES, IA  50328 | 988.82 |
| 10/ 2 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY DEPARTMENT<br>ONE HOME CAMPUS MAC ID #X2302-04C<br>DES MOINES, IA  50328 | 277.16 |
| 10/ 33 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY DEPARTMENT<br>ONE HOME CAMPUS MAC ID #X2302-04C<br>DES MOINES, IA  50328 | 56.31 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/18/2011

Certificate of Service                                      10-33969

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Robert J Gelbert | JEFFREY P ALBERT | (37.1n) |
| Brenda E Gelbert | 4403 N MAIN ST | B LINE LLC |
| 7360 Charnwood Drive | DAYTON, OH  45405 | MS 550 |
| Huber Heights, OH  45424 | | BOX 91121 |
| | | SEATTLE, WA  98111 |
| (30.1n) | (32.1n) | (35.1n) |
| DENNIS A LIEBERMAN | JOEL K JENSEN | LINDSEY HALL |
| ATTN EMERSON R KECK | LERNER SAMPSON & ROTHFUSS | 1100 SUPERIOR AVENUE |
| 15 WEST FOURTH STREET STE 100 | BOX 5480 | 19TH FLOOR |
| DAYTON, OH  45402 | CINCINNATI, OH  45201 | CLEVELAND, OH  44114 |
| (1.1) | (1.3) | |
| WELLS FARGO BANK NA | WELLS FARGO HOME MORTGAGE | |
| WELLS FARGO HOME MORTGAGE | BOX 10335 | |
| ATTN BANKRUPTCY DEPARTMENT | DES MOINES, IA  50306 | |
| ONE HOME CAMPUS MAC ID #X2302-04C | | |
| DES MOINES, IA  50328 | | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv